```
           BOOK      PAGE              FILED
           01831     00310        2014 AUG -6 PM 2:39   p+bl-|2014 - 1327
```

Return To:
ServiceLink
East Recording Department
4000 Industrial Blvd
Aliquippa, PA 15001

Prepared by:
Kenneth N. Smolar, Esq.
PC Law Associates Ltd
200 Fleet Street, Suite 6100
Pittsburgh, PA 15220
Georgia Bar ID: 111708

Order No.: 18163220

Tax ID No.: 070C 012
County of: Liberty

SPACE ABOVE FOR RECORDER'S USE

## QUITCLAIM DEED

**THIS INDENTURE**, made this 23rd day of July, 2014,

BETWEEN HERBERT L. JOHNSON, JR., a/k/a HERBERT L. JOHNSON, a married man, whose address is 518 Stewart Dr., Hinesville, GA 31313 (herein, "Grantor"),

and

HERBERT L. JOHNSON, JR., a married man, whose address is 518 Stewart Dr., Hinesville, GA 31313 (herein, "Grantee") (the words "Grantor" and "Grantee" including their respective heirs, successors, assigns, survivors, distributes and personal representatives forever where the context requires or permits).

WITNESSETH, that the said Grantor, for and in consideration of the sum of Ten Dollars ($10.00), cash in hand paid by Grantee at and before the sealing and delivery of these presents, the receipt of which is hereby acknowledged, by these presents does hereby remise, release, convey and forever QUITCLAIM unto Grantee forever, all of Grantor's interest in and to,

ALL that certain plot, piece or parcel of land, with the buildings and improvements thereon erected, situated in the County of Liberty, and State of Georgia, being more particularly described as:

SEE EXHIBIT A ATTACHED HERETO.

BEING the same property conveyed to HERBERT L. JOHNSON by Deed from JOHN RODRIGUEZ dated April 2, 2009 and recorded April 16, 2009 in Liber/Book 1582, Page/Folio 685 of the Register of Deeds Office, Liberty County, Georgia.

Subject to: all covenants, conditions, reservations, limitations, easements and restrictions or agreements of record, if any, and to all applicable zoning ordinances and/or governmental restrictions, if any, affecting the same.

IN MAIL DOCUMENTS - C+
11:25 AM 8-6-14

BOOK      PAGE          FILED
01831   00311      2014 AUG -6 PM 2:39

TOGETHER with all the appurtenances to and the estate and rights of Grantor in said premises.

TO HAVE AND TO HOLD said described premises to Grantee, so that neither Grantor nor any person or persons claiming under or through Grantor shall at any time, by any means or ways, have, claim or demand any right to title to said premises or appurtenances, or any rights thereof.

The words "Grantor" and "Grantee" shall be construed to read in the plural whenever the sense of this deed so requires, and, in all references herein to any parties, persons, entities or corporations, the use of any particular gender or the plural or singular number is intended to include the appropriate gender or number as the text of the within instrument may require.

This instrument prepared from information provided by the parties. PC Law Associates, Ltd. makes no representation as to title or accuracy.

IN WITNESS WHEREOF, the Grantor has signed, sealed and executed this deed, the day and year first above written.

BY GRANTOR

aka _____ (Seal)
HERBERT L. JOHNSON, JR.,
a/k/a HERBERT L. JOHNSON

Signed, sealed and delivered
In the presence of:

_____
Unofficial Witness (print name below)
Edward M Bottimer

_____
Notary Public

My commission expires___Joseph Buttimer
                               Notary Public
                             Chatham County, Georgia
                              My Commission Expires
                              January 23, 2015

Liberty County, Georgia
Real Estate Transfer Tax
Paid _____0_____
Date __08-06-14__
_____, deputy
Clerk of Superior Court



BOOK      PAGE            FILED
01831     00312           2014 AUG -6 PH 2:39

## EXHIBIT A - LEGAL DESCRIPTION

Tax Id Number(s): 070C 012

All that certain lot tract or parcel of land situate, lying and being in the 1476th G.M. District of Liberty County, Georgia, and being in the City of Hinesville, being known and designated as Lot No. 11, Block "I", Fraser Acres Subdivision as shown and represented on that certain Plat of survey made and prepared by Billy B. Beasley, GRLS No. 1376, dated June 4, 1956, and being recorded in Plat Section 5, Page 77, in the Office of the Clerk of Superior Court of Liberty County, Georgia; said Plat by specific reference is made a part hereof for descriptive and all other purposes. Said lot of land being bounded, now or formerly, as follows: Northerly by Stewart Drive; Easterly by Lot No 12; Southerly by lands of Fraser; and Westerly by Lot No. 10, all as shown on said Plat of survey.

Subject to restrictive covenants and general utility easements of record.

Commonly known as: 518 Stewart Dr., Hinesville, GA 31313