UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re:                                                  Case No.: 18-01384

HERBERT L. JOHNSON, JR. AND
VALENTINA JOHNSON,                                      Chapter 7
          Debtor(s).

MARK J. CONWAY, CHAPTER 7 TRUSTEEE
FOR THE ESTATE OF HERBERT L.
JOHNSON, JR. and VALENTINA JOHNSON,
          Movant,

Vs.

U.S. BANK N.A.,

ATTN: CORPORATE OFFICER
OR PERSON IN CHARGE
          Respondent.
_____/


NOTICE TO CREDITORS AND PARTIES-IN-INTEREST OF TRUSTEE'S
INTENTION TO SELL REAL PROPERTY
FREE AND CLEAR OF LIENS AND ENCUMBRANCES

    **NOTICE IS HEREBY GIVEN** that a Motion to Sell Real Property Free and Clear of Liens, Encumbrances, and Interests Pursuant to 11 U.S.C. §363 has been filed with the Bankruptcy Court by the Chapter 7 Trustee, **Mark J. Conway.**

    It is the intention of the Trustee to sell free and clear of liens and encumbrances, and interests the Debtor, Herbert L. Johnson, Jr.'s property known as 518 Stewart Drive, Hinesville, Georgia, with the agreement of the first mortgagee, using the services of Auction.com with a successful sale of the Property resulting in a minimum carve out to the Estate in the sum of $7,500.00. Any liens on the property, if any, shall attach to the sale proceeds in their order of priority and any available proceeds from the sale, after payment of fees and costs, shall be paid to the lienholders in such priority.

    The Motion may be examined during regular business hours at the **Office of the Clerk of the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania 18701**. All inquiries, including inquiries to examine the property prior to sale should be directed to Mark J. Conway, Esquire, at the address and phone number listed below and not to the United States Bankruptcy Court Clerk. The sale will be held through Auction.com and is subject to

higher and better offers. Information in regard to the sale and procedures is available in the Motion filed with the U.S. Bankruptcy Court or by contacting the Trustee's office.

**Any objections to this Motion must be filed with the Office of the Clerk of the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 S. Main Street, Wilkes-Barre, Pennsylvania 18701, with a copy served upon Mark J. Conway, Esq., 502 South Blakely Street, Dunmore, PA 18512,** on or before **twenty-one (21) days** from the date of this Notice. In the absence of any timely filed Objections, the Court may enter an Order authorizing the sale requested under this Motion. **In the event an Objection is filed, a hearing will be held on September 13, 2018 at 9:30 A.M. at the United States Bankruptcy Court, Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes-Barre, PA 18701.**

**LAW OFFICES OF MARK J. CONWAY, P.C.**
502 South Blakely St.
Dunmore, PA 18512
(570) 343-5350
Counsel for Trustee

DATED: July 26, 2018

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re:                                                    Case No.: 18-01384

**HERBERT L. JOHNSON, JR. AND
VALENTINA JOHNSON,**                  Chapter 7
           Debtor(s).

**MARK J. CONWAY, CHAPTER 7 TRUSTEEE
FOR THE ESTATE OF HERBERT L.
JOHNSON, JR. and VALENTINA JOHNSON,**
           Movant,

Vs.

**U.S. BANK N.A.,**

ATTN: CORPORATE OFFICER
OR PERSON IN CHARGE
           Respondent.
_____/

## CERTIFICATE OF SERVICE

     I, Constance Norvilas, Paralegal hereby certify that on this 26th day of July, 2018, I mailed a true and correct copy of the attached Chapter 7 Trustee's Notice to Creditors and All Parties-In-Interest of Trustee's Motion to Sell Real Property Free and Clear of Liens and Encumbrances by Auction Sale Via Auction.com by United States Postal Service via first class mail with postage prepaid thereon, to the following parties listed on the attached mailing matrix.

                                                             **LAW OFFICES OF MARK J. CONWAY, P.C.**

                                                             /s/ Constance Norvilas
                                                             Constance Norvilas, Paralegal
                                                             502 South Blakely Street
                                                             Dunmore, PA 18512
                                                             Telephone (570) 343-5350

Label Matrix for local noticing
0314-5
Case 5:18-bk-01384-RNO
Middle District of Pennsylvania
Wilkes-Barre
Thu Jul 26 16:24:08 EDT 2018

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Mark J. Conway
Law Offices of Mark J Conway PC
502 South Blakely Street
Dunmore, PA 18512-2237

Mark J. Conway (Trustee)
502 South Blakely Street
Dunmore, PA 18512-2237

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Herbert L. Johnson Jr.
172 Alden Road
Honesdale, PA 18431-4003

Valentina Johnson
172 Alden Road
Honesdale, PA 18431-4003

Law Offices of Mark J. Conway, PC
502 South Blakely Street
Dunmore, PA 18512-2237

Liberty Savings Bank
800 W Madison St
Chicago, IL 60607-2630

MB Financial Bank, National
c\o McCabe, Weisberg & Conway, LLC
Suite 1400
123 South Broad Street
Philadelphia, PA 19109-1060

MB Financial Bank, National Association

John J. Martin
Law Offices John J. Martin
1022 Court Street
Honesdale, PA 18431-1925

PayPal Credit
PO Box 105658
Atlanta, GA 30348-5658

Pennymac Loan Services
6101 Condor Dr
Moorpark, CA 93021-2602

Pentagon Federal Cr Un
Po Box 1432
Alexandria, VA 22313-1432

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117-6282

Ann E. Swartz
McCabe, Weisberg & Conway, P.C.
123 South Broad Street
Suite 2080
Philadelphia, PA 19109-1031

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Us Bank Home Mortgage
4801 Frederica St
Owensboro, KY 42301-7441

End of Label Matrix
Mailable recipients    19
Bypassed recipients     0
Total                  19