UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

In re:                                            Case No.: 18-01384

HERBERT L. JOHNSON, JR. AND
VALENTINA JOHNSON,                      Chapter 7
        Debtor(s).

MARK J. CONWAY, CHAPTER 7 TRUSTEEE
FOR THE ESTATE OF HERBERT L.
JOHNSON, JR. and VALENTINA JOHNSON,
        Movant,

Vs.

U.S. BANK N.A.,

ATTN: CORPORATE OFFICER
OR PERSON IN CHARGE
        Respondent.
_____/

### NOTICE TO CREDITORS AND PARTIES-IN-INTEREST OF TRUSTEE'S SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS AND ENCUMBRANCES BY AUCTION SALE VIA AUCTION.COM

       **NOTICE IS HEREBY GIVEN** that pursuant to an Order Granting the Trustee's Motion to Sell Real Property Free and Clear of Liens, Encumbrances, and Interests Pursuant to 11 U.S.C. §363, the Chapter 7 Trustee, **Mark J. Conway**, intends to sell real property known as 518 Stewart Drive, Hinesville, Georgia.

       The initial auction cycle via Auction.com will run from September 19, 2018 to September 21, 2018, and may be accessed via Auction.com. In the event that the property does not sell during the initial auction cycle, it will be offered through a second auction cycle from October 3, 2018 to October 5, 2018. In the event that the property does not result in a sale during the second auction cycle, it will be offered through a third and final auction cycle from October 17, 2018 to October 19, 2018. The date and time for the auction sale is subject to change. Further information in that regard may be accessed at auction.com with property identification number 2645971.

       In accordance with the aforementioned Order and the agreement of the first mortgagee, a successful sale of the Property will result in a minimum carve out to the Estate in the sum of $7,500.00. Any liens on the property, if any, shall attach to the sale

proceeds in their order of priority and any available proceeds from the sale, after payment of fees and costs, shall be paid to the lien holders in such priority.

The Motion and Order may be examined during regular business hours at the **Office of the Clerk of the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 South Main Street, Wilkes-Barre, Pennsylvania 18701.** All inquiries, including inquiries to examine the property prior to sale should be directed to Mark J. Conway, Esquire, at the address and phone number listed below and not to the United States Bankruptcy Court Clerk. The sale will be held through Auction.com and is subject to higher and better offers. Information in regard to the sale and procedures is available in the Motion filed with the U.S. Bankruptcy Court or by contacting the Trustee's office.

**Any objections to this Notice must be filed with the Office of the Clerk of the United States Bankruptcy Court, 274 Max Rosenn U.S. Courthouse, 197 S. Main Street, Wilkes-Barre, Pennsylvania 18701, with a copy served upon Mark J. Conway, Esq., 502 South Blakely Street, Dunmore, PA 18512, on or before twenty-one (21) days** from the date of this Notice.

**LAW OFFICES OF MARK J. CONWAY, P.C.**
502 South Blakely St.
Dunmore, PA 18512
(570) 343-5350
Counsel for Trustee

DATED: August 24, 2018

MARK J. CONWAY, ESQ.
502 SOUTH BLAKELY STREET
DUNMORE, PA 18512

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| In re: | Case No.: 18-01384 |
| HERBERT L. JOHNSON, JR. AND | |
| VALENTINA JOHNSON, | Chapter 7 |
|       Debtor(s). | |

MARK J. CONWAY, CHAPTER 7 TRUSTEEE
FOR THE ESTATE OF HERBERT L.
JOHNSON, JR. and VALENTINA JOHNSON,
      Movant,

Vs.

U.S. BANK N.A.,

ATTN: CORPORATE OFFICER
OR PERSON IN CHARGE
      Respondent.
_____/

## CERTIFICATE OF SERVICE

I, Constance Norvilas, Paralegal hereby certify that on this 24th day of August, 2018, I mailed a true and correct copy of the attached Chapter 7 Trustee's Notice to Creditors and All Parties-In-Interest of Trustee's Motion to Sell Real Property Free and Clear of Liens and Encumbrances by Auction Sale Via Auction.com by United States Postal Service via first class mail with postage prepaid thereon, to the following parties listed on the attached mailing matrix.

**LAW OFFICES OF MARK J. CONWAY, P.C.**

 /s/ Constance Norvilas
Constance Norvilas, Paralegal
502 South Blakely Street
Dunmore, PA 18512
Telephone (570) 343-5350

Label Matrix for local noticing
0314-5
Case 5:18-bk-01384-RNO
Middle District of Pennsylvania
Wilkes-Barre
Fri Aug 24 09:47:44 EDT 2018

Amex
Po Box 297871
Fort Lauderdale, FL 33329-7871

Citi
Po Box 6241
Sioux Falls, SD 57117-6241

Mark J. Conway
Law Offices of Mark J Conway PC
502 South Blakely Street
Dunmore, PA 18512-2237

Mark J. Conway (Trustee)
502 South Blakely Street
Dunmore, PA 18512-2237

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE 19850-5316

Herbert L. Johnson Jr.
172 Alden Road
Honesdale, PA 18431-4003

Valentina Johnson
172 Alden Road
Honesdale, PA 18431-4003

Law Offices of Mark J. Conway, PC
502 South Blakely Street
Dunmore, PA 18512-2237

Liberty Savings Bank
800 W Madison St
Chicago, IL 60607-2630

MB Financial Bank, National
c\o McCabe, Weisberg & Conway, LLC
Suite 1400
123 South Broad Street
Philadelphia, PA 19109-1060

MB Financial Bank, National Association

John J. Martin
Law Offices John J. Martin
1022 Court Street
Honesdale, PA 18431-1925

PayPal Credit
PO Box 105658
Atlanta, GA 30348-5658

Pennymac Loan Services
6101 Condor Dr
Moorpark, CA 93021-2602

Pentagon Federal Cr Un
Po Box 1432
Alexandria, VA 22313-1432

Sears/cbna
Po Box 6282
Sioux Falls, SD 57117-6282

Ann E. Swartz
McCabe, Weisberg & Conway, P.C.
123 South Broad Street
Suite 2080
Philadelphia, PA 19109-1031

United States Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101-1722

Us Bank Home Mortgage
4801 Frederica St
Owensboro, KY 42301-7441

End of Label Matrix
Mailable recipients    20
Bypassed recipients     0
Total                  20