IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | CASE NO. 5-18-01384-RNO |
| JOHNSON, HERBERT L., JR.,<br>JOHNSON, VALENTINA, | CHAPTER 7 |
| DEBTORS | |

## REPORT OF PRIVATE SALE OF REAL PROPERTY

1. DATE OF SALE: February 28, 2019

2. TRUSTEE: Mark J. Conway

3. PURCHASER: KM Holdings, LLC

4. BRIEF DESCRIPTION OF ASSET/PROPERTY ADDRESS: 518 Stewart Drive, Hinesville, GA 31313

5. CONTRACT SALES PRICE: $42,500.00 (See attached HUD-1, Line 101 & 401)

6. GROSS SALES PRICE: $42,500.00 (See attached HUD-1, Line 420)

7. NET TO SELLER: $0.00 (See attached HUD-1, Line 603) (This was a short sale with a carve-out to the Bankruptcy Estate)

8. OTHER COSTS: $42,500.00 (See attached HUD-1, Line 520)

9. NET AMOUNT REALIZED BY THE ESTATE: $7,500.00 (Carve out to the Bankruptcy Estate).

LAW OFFICES OF MARK J. CONWAY, P.C.

DATE: October 3, 2019

/s/ Mark J. Conway
MARK J. CONWAY, ESQ.
502 South Blakely Street
Dunmore, PA 18512
(570) 343-5350



# A. Settlement Statement

U.S. Department of Housing and Urban Development

OMB Approval No. 2502-0265

| B. Type of Loan | | | | | |
|---|---|---|---|---|---|
| 1. ☐ FHA | 2. ☐ RHS | 3. ☒ Conv. Unins. | 6. File Number 89044-19 | 7. Loan Number | 8. Mortgage Insurance Case Number |
| 4. ☐ VA | 5. ☐ Conv. Ins. | | | | |

C. Note: This form is furnished to give you a statement of actual settlement costs. Amounts paid to and by the settlement agent are shown. Items marked "(p.o.c.)" were paid outside the closing; they are shown here for informational purposes and are not included in the totals.

| D. Name and Address of Borrower | E. Name and Address of Seller | F. Name and Address of Lender |
|---|---|---|
| KM Holdings, LLC<br>8771 Macon Hwy, Ste B<br>Athens, GA 30606 | MARK J. CONWAY Trustee for<br>Herbert L. Johnson, Jr. and<br>Valentina Johnson<br>502 South Blakely Street<br>Dunmore, PA 18512 | |

| G. Property Location | H. Settlement Agent |
|---|---|
| 518 Stewart Dr.<br>Hinesville, GA 31313<br>Lot 11, Fraser Acres<br>1476 G.M.D. Liberty Co., GA | JONES, OSTEEN & JONES<br>206 E. Court Street, Hinesville, GA 31313<br><br>Place of Settlement<br>206 E. Court Street<br>Hinesville, Georgia 31313 |

I. Settlement Date: 02/28/19
DD: 02/28/19

| J. SUMMARY OF BORROWER'S TRANSACTION: | | K. SUMMARY OF SELLER'S TRANSACTION: | |
|---|---|---|---|
| 100. GROSS AMOUNT DUE FROM BORROWER | | 400. GROSS AMOUNT DUE TO SELLER | |
| 101. Contract sales price | 42,500.00 | 401. Contract sales price | 42,500.00 |
| 102. Personal property | | 402. Personal property | |
| 103. Settlement charges to borrower (line 1400) | 572.50 | 403. | |
| 104. | | 404. | |
| 105. | | 405. | |
| Adjustments for items paid by seller in advance | | Adjustments for items paid by seller in advance | |
| 106. City/town taxes       to | | 406. City/town taxes       to | |
| 107. County taxes       to | | 407. County taxes       to | |
| 108. Assessments       to | | 408. Assessments       to | |
| 109. | | 409. | |
| 110. | | 410. | |
| 111. | | 411. | |
| 112. | | 412. | |
| 120. GROSS AMOUNT DUE FROM BORROWER | 43,072.50 | 420. GROSS AMOUNT DUE TO SELLER | 42,500.00 |
| 200. AMOUNTS PAID BY OR IN BEHALF OF BORROWER | | 500. REDUCTIONS IN AMOUNT TO SELLER | |
| 201. Deposit or earnest money | 2,500.00 | 501. Excess Deposit (see instructions) | |
| 202. Principal amount of new loan(s) | 0.00 | 502. Settlement charges to seller (line 1400) | 11,780.00 |
| 203. Existing loan(s) taken subject to | | 503. Existing loans taken subject to | |
| 204. | | 504. Payoff of first mortgage loan | 30,599.29 |
| | | U.S. BANK N.A. | |
| 205. | | 505. Payoff of second mortgage loan | |
| 206. | | 506. | |
| 207. | | 507. | |
| 208. | | 508. | |
| 209. | | 509. | |
| Adjustments for items unpaid by seller | | Adjustments for items unpaid by seller | |
| 210. City/town taxes       to | | 510. City/town taxes       to | |
| 211. County taxes   01/01/19 to 02/28/19 | 120.71 | 511. County taxes   01/01/19 to 02/28/19 | 120.71 |
| 212. Assessments       to | | 512. Assessments       to | |
| 213. | | 513. | |
| 214. | | 514. | |
| 215. | | 515. | |
| 216. | | 516. | |
| 217. | | 517. | |
| 218. | | 518. | |
| 219. | | 519. | |
| 220. TOTAL PAID BY / FOR BORROWER | 2,620.71 | 520. TOTAL REDUCTION AMOUNT DUE SELLER | 42,500.00 |
| 300. CASH AT SETTLEMENT FROM OR TO BORROWER | | 600. CASH AT SETTLEMENT TO OR FROM SELLER | |
| 301. Gross amount due from borrower (line 120) | 43,072.50 | 601. Gross amount due to seller (line 420) | 42,500.00 |
| 302. Less amounts paid by/for borrower (line 220) | 2,620.71 | 602. Less reduction amount due to seller (line 520) | 42,500.00 |
| 303. CASH     FROM     BORROWER | 40,451.79 | 603. CASH     TO     SELLER | 0.00 |

form HUD-1 (3/86) ref Handbook 4305.2

| L. SETTLEMENT CHARGES: | File Number: 89044-19 | | | PAID FROM BORROWER'S FUNDS AT SETTLEMENT | PAID FROM SELLER'S FUNDS AT SETTLEMENT |
|---|---|---|---|---|---|
| 700. TOTAL SALES/BROKER'S COMMISSION based on price $ | 40,000.00 @ | 3.00 = | 1,200.00 | | |
| Division of commission (line 700) as follows: | | | | | |
| 701. $ 600.00 to Coldwell Banker Holtzman Realtors | | | | | |
| 702. $ 600.00 to Century 21 Action Realty | | | | | |
| 703. Commission paid at Settlement | | | | | 1,200.00 |
| 704. | | | | | |
| 800. ITEMS PAYABLE IN CONNECTION WITH LOAN | | | P.O.C. | | |
| 801. Loan Origination Fee % | | | | | |
| 802. Loan Discount % | | | | | |
| 803. Appraisal Fee to | | | | | |
| 804. Credit Report to | | | | | |
| 805. Lender's Inspection Fee to | | | | | |
| 806. Mtg. Ins. Application Fee to | | | | | |
| 807. Assumption Fee to | | | | | |
| 808. | | | | | |
| 809. Document Prep Fee | | | | | |
| 810. Tax Service Fee | | | | | |
| 811. Flood Certification | | | | | |
| 812. GA Residential Mortgage Fee | | | | | |
| 813. VA Funding Fee | | | | | |
| 814. | | | | | |
| 815. | | | | | |
| 900. ITEMS REQUIRED BY LENDER TO BE PAID IN ADVANCE | | | | | |
| 901. Interest from to @$ /day | | | | | |
| 902. Mortgage Insurance Premium to | | | | | |
| 903. Hazard Insurance Premium yrs. to | | | | | |
| 904. Flood Insurance Premium for 1 year | | | | | |
| 905. Builder's Risk | | | | | |
| 1000. RESERVES DEPOSITED WITH LENDER FOR | | | | | |
| 1001. Hazard Insurance mo. @$ / mo. | | | | | |
| 1002. Mortgage Insurance mo. @$ / mo. | | | | | |
| 1003. City property taxes mo. @$ / mo. | | | | | |
| 1004. County property taxes mo. @$ / mo. | | | | | |
| 1005. Annual Assessments mo. @$ / mo. | | | | | |
| 1006. Flood Insurance mo. @$ / mo. | | | | | |
| 1007. mo. @$ / mo. | | | | | |
| 1008. Aggregate Reserve for Hazard/Flood Ins. City/County | | | | | |
| 1100. TITLE CHARGES | | | | | |
| 1101. Settlement or closing fee to JONES, OSTEEN & JONES | | | | | 500.00 | |
| 1102. Abstract or title search to JONES, OSTEEN & JONES | | | | | | 295.00 |
| 1103. Title examination to | | | | | |
| 1104. Title Insurance binder to | | | | | |
| 1105. Document preparation to | | | | | |
| 1106. Notary fees to | | | | | |
| 1107. Attorney's fees to | | | | | |
| (includes above item No: 1 ) | | | | | |
| 1108. Title insurance to JONES, OSTEEN & JONES | | | | | | 250.00 |
| (includes above item No: ) | | | | | |
| 1109. Lender's coverage | | | | | |
| 1110. Owner's coverage 42,500.00 — 250.00 | | | | | |
| 1111. | | | | | |
| 1112. | | | | | |
| 1113. | | | | | |
| 1200. GOVERNMENT RECORDING AND TRANSFER CHARGES | | | | | |
| 1201. Recording fees Deed $ 30.00 ; Mortgage $ ; Releases $ | | | | | 30.00 | |
| 1202. City/county/stamps Deed $ ; Mortgage $ | | | | | |
| 1203. State tax/stamps Deed $ 42.50 ; Mortgage $ | | | | | 42.50 | |
| 1204. | | | | | |
| 1205. | | | | | |
| 1300. ADDITIONAL SETTLEMENT CHARGES | | | | | |
| 1301. Survey to | | | | | |
| 1302. Pest Inspection to | | | | | |
| 1303. Buyers Premium Auction.com | | | | | | 2,500.00 |
| 1304. Carve out Fee Mark Conway TRUSTEE | | | | | | 7,500.00 ✓ |
| 1305. Courier/Wire Fee JONES, OSTEEN & JONES | | | | | | 35.00 |
| 1306. | | | | | |
| 1307. | | | | | |
| 1308. | | | | | |
| 1400. TOTAL SETTLEMENT CHARGES (enter on lines 103 and 502, Sections J and K) | | | | | 572.50 | 11,780.00 |

form HUD-1 (3/86) ref Handbook 4305.2

SELLER(S): MARK J. CONWAY Trustee for and Herbert L. Johnson, Jr. and and Valentina

PURCHASER(S): KM Holdings, LLC

PROPERTY ADDRESS: 518 Stewart Dr., Hinesville, GA 31313

## CERTIFICATION

I have carefully reviewed the HUD-1 Settlement Statement and to the best of my knowledge and belief, it is a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction. I further certify that I have received a copy of the HUD-1 Settlement Statement.

PURCHASER(S):

KM Holdings, LLC

_____
Kelly Mahoney, Sole Member

SELLER(S):

_____
MARK J. CONWAY Chapter 7 Trustee for
The Estate of Herbert L. Johnson, Jr.
and Valentina Johnson

The HUD-1 Settlement Statement which I have prepared is a true and accurate account of this transaction. I have caused or will cause the funds to be disbursed in accordance with this statement.

_____        February 28, 2019
Settlement Agent                                          Date

WARNING: It is a crime to knowingly make false statements to the United States on this or any other similar form. Penalties upon conviction can include a fine and imprisonment. For details see: Title 18 U.S. Code Section 1001 and Section 1010.